Richard A. Hoyer (SBN 151931)
*rhoyer@hoyerlaw.com*
Nicole B. Gage (SBN 318005)
*ngage@hoyerlaw.com*
HOYER & HICKS
4 Embarcadero Center, Suite 1400
San Francisco, CA  94114
*tel* (415) 766-3539
*fax* (415) 276-1738

Attorneys for Plaintiffs
JANELLE ALLEN, SARA BURTON,
CHRISTIE OROZCO, and ROYALL WALTERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE ALLEN, SARA BURTON, CHRISTIE OROZCO, and ROYALL WALTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>BARULICH, DUGONI, AND SUTTMAN LAW GROUP, INC. and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 19-cv-02657<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: May 16, 2019<br><br>Honorable Laurel Beeler |

PURSUANT TO THE PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, IT IS ORDERED that this action is dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated this 19th day of March, 2021

_____
Honorable Laurel Beeler
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE